# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SECURE COMMUNICATION TECHNOLOGIES, LLC,**<br><br>                   Plaintiff,<br>v.<br><br>**GOOGLE LLC,**<br><br>                   Defendant. | Case No. 1:25-cv-1207<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Secure Communication Technologies, LLC, ("SCT") hereby states as follows:

(1)    SCT is a Texas limited liability company.

(2)    SCT has a parent company, Paracletus Management, LLC. No publicly held corporation owns 10% or more of SCT's stock.

Dated: August 4, 2025            Respectfully submitted,

<u>*/s/ Timothy E. Grochocinski*</u>
Timothy E. Grochocinski
Illinois Bar No. 6295055
tim@nelbum.com
Charles Austin Ginnings
Illinois Bar No. 6343678
austin@nelbum.com
Taryn N. Trusty
Illinois Bar No. 6344409
taryn@nelbum.com
NELSON BUMGARDNER CONROY PC
745 McClintock Drive, Suite 340
Burr Ridge, Illinois 60527
708.675.1974 (telephone)

Brent Bumgardner
Texas Bar No. 00795272
brent@nelbum.com
Christopher G. Granaghan
Texas Bar No. 24078585
chris@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West Seventh Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

*Attorneys for Plaintiff*
*Secure Communication Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM-ECF system on August 4, 2025.

<u>*/s/ Timothy E. Grochocinski*</u>